UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

HENRY L. BYRD,

              Plaintiff,

vs.

MARS RETAIL GROUP, LLC,

              Defendant.

2:18-CV-1952-GMN- CWH

**ORDER**

      Before the court is the Stipulation and Order to Reschedule Early Neutral Evaluation Session (ECF NO. 20).

      Accordingly,

      IT IS HEREBY ORDERED that a telephonic in chambers hearing on the Stipulation and Order to Reschedule Early Neutral Evaluation Session (ECF NO. 20) is scheduled for 1:30 PM, February 8, 2019.

      The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

      DATED this 6th day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE